Case 2:15-cv-04277-JLL-JAD   Document 14   Filed 10/09/15   Page 1 of 1 PageID: 231



# GRAHAM CURTIN
*A Professional Association*

Jared J. Limbach
Direct Dial 973-401-7148
jlimbach@GrahamCurtin.com

October 9, 2015

<u>Via ECF</u>

The Honorable Jose L. Linares, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   **Psaros v. Green Tree Servicing, LLC, et al.**
              No. 2:15-CV-04277-JLL-JAD
              Our File No. 6765-15

Dear Judge Linares:

      This firm represents Defendant Stern Lavinthal & Frankenberg LLC ("Stern Lavinthal") in the above-referenced matter. Earlier today, we filed a motion on Stern Lavinthal's behalf seeking dismissal of the complaint for failure to state a claim. Shortly after that filing, however, it was brought to our attention that the motion was procedurally improper because the pleadings in this matter have already closed. Accordingly, Stern Lavinthal hereby requests leave to withdraw the motion to dismiss so that it may be re-filed as a proper motion for judgment on the pleadings pursuant to Rule 12(c).

      We apologize for any inconvenience this error may have caused to the Court and the parties, and we once again thank the Court for its time and consideration of this matter.

                                                 Respectfully submitted,

                                                 JARED J. LIMBACH

cc:   Hon. Joseph A. Dickson, U.S.M.J. (via ECF)
      Adam Deutsch, Esq. (via ECF)
      Anthony Wayne Vaughn, Jr., Esq. (via ECF)

*[Handwritten: Defendant's request is granted. The motion to dismiss (ECF No. 13) is hereby terminated as withdrawn.]*

**SO ORDERED:** _____

**DATED:** _____ 10/13/15

2402787.1     4 Headquarters Plaza • P.O. Box 1991 • Morristown • New Jersey 07962-1991
           T  973.292.1700 • F  973.292.1767 • GrahamCurtin.com