366 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
201.664.8855
FAX: 201.666.8589
www.denbeauxlaw.com



Marcia W. Denbeaux*
Joshua W. Denbeaux*
Adam Deutsch*
Nicholas A. Stratton*
Salvador Sanchez**
Richard Jared Stepp

Of Counsel
Abigail D. Kahl*
Meghan Chrisner-Keefe*
Mark P. Denbeaux*
*Admitted in NJ and NY
**Admitted in NJ and CA

November 2, 2015

**Filed by ECF**
Clerk of the District Court
M.L.K. Fed. Bldg. & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

Re:  Steven Psaros v. Green Tree Servicing, LLC. et al.
     Civ. Action No.: 2:15-cv-04277-JLL-JAD

Dear Clerk of the Court,

Plaintiff requests an adjournment of Defendant Stern Lavinthal & Frankenberg, LLC.'s pending motion for judgment. The request is made pursuant to D.NJ. R. 7.1(d)(5) the return date of the pending motion has not been previously extended or adjourned.

Pursuant to D.NJ.R. 7.1(d)(5) Plaintiffs request that the motion be adjourned from November 16, 2015 to the next available motion date, December 7, 2015. Pursuant to the applicable rules, Plaintiffs opposition will be due on or before November 23, 2015.

Thank you for considering the within request.

Respectfully submitted,

**/s/ Adam Deutsch**
Adam Deutsch, Esq.