NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN PSAROS,<br><br>        Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, STERN LAVINTHAL & FRANKENBERG LLC, and JOHN DOES I-X,<br><br>        Defendants. | Civil Action No.: 15-4277 (JLL) (JAD)<br><br>**ORDER** |

This matter comes before the Court by way of Defendant Stern Lavinthal & Frankenberg LLC ("Stern Lavinthal")'s Motion for Judgment on the Pleadings. (ECF No. 15.) The Court has considered the parties' submissions and decides this matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this 21st day of December, 2015,

**ORDERED** that Stern Lavinthal's Motion for Judgment on the Pleadings (ECF No. 15) is DENIED.

**IT IS SO ORDERED.**

                                              JOSE L. LINARES<br>
                                              UNITED STATES DISTRICT JUDGE